**GRANTED**

*Susan van Keulen*
Judge Susan van Keulen

Your name: Lili LIU
Address: 86 Rodonovan Dr,
Santa Clara, CA 95051
Phone Number: (332)207-3525
E-mail Address: mmphoto2007@gmail.com

Pro se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☐ San Francisco ☐ Oakland ☒ San Jose ☐ Eureka

| | |
|---|---|
| Lili LIU, | Case Number: 5:24-cv-02072 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF** |
| vs. | *[check one]* |
| Danielle Lehman, | ☒ **THIS ENTIRE CASE** |
| Director of USCIS San Francisco Asylum Office | ☐ **ONLY DEFENDANT** *[name]* |
| Defendant. | Hon. Susan Van Keulen |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☒ this entire case.

☐ only Defendant *[name]* _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 08/08/2024    Sign Name: *Lili Liu*
                    Print Name: Lili LIU

NOTICE OF VOLUNTARY DISMISSAL
Case No. 5:24-cv-02072

*[JDC TEMPLATE]*